1) Afshin Bahrampour
2) 3300 Stewart Ave
   Las Vegas NV 89147
3) #1984162
4)
5)

United States District
District of Nevada

6) Afshin Bahrampour,
       plaintiff
7) V.
8) Joint "Chiefs of
9)        "Unfaith",
10) Et Al. Defendants.

15-CV-1318

Motion Requesting
Court ordered
Service of summons

13) Office of attorney general
14) Refused "waiver of summons" form.
15) Please help serve defendants as I
16)
17) am indigent.

Afshin Bahrampour
8/10/15
3300 Stewart Ave.
Las Vegas NV 89101

(I)

Afshin Bahrampour #1984162
3300 Stewart Ave.
Las Vegas, NV 89101

LEGAL
MAILED FROM CLV
DETENTION CENTER

MAILED FROM CLV DETENTION CENTER



Clerk, US District Court
District of Nevada
Room #1334
333 Las Vegas Blvd., South
Las Vegas, NV 89101