**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

AFSHIN BAHRAMPOUR,

          Plaintiff,

vs.

JOINT CHIEFS OF UNFAITH, *et al.*,

          Defendants.

Case No. 2:15–cv–1548–LDG–VCF

**REPORT & RECOMMENDATION**

      This matter involves Mr. Bahrampour's civil action against "Joint Chiefs of Unfaith," NASA, Barack Obama, and others. The action was commenced on August 12, 2015. The court reviewed Mr. Bahrampour's complaint under 28 U.S.C. 1915(a) and recommended that it be dismissed with prejudice. Since that time, Mr. Bahrampour has filed 22 frivolous motions.

      On September 18, 2015, the court ordered Mr. Bahrampour to show cause why he should not be declared a vexatious litigant before September 28, 2015. The court's report and recommendation was returned as undeliverable. Therefore, the court now recommends dismissing Mr. Bahrampour's action for failure to comply with Local Special Rule 2-2, which states: "The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."

      ACCORDINGLY, and for good cause shown,

      IT IS RECOMMENDED that Mr. Bahrampour's action be DISMISSED.

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 29th day of September, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE