# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

AFSHIN BAHRAMPOUR,

        Plaintiff,

vs.

JOINT CHIEFS OF UNFAITH, *et al.*,

        Defendants.

Case No. 2:15–cv–1548–LDG–VCF

**ORDER**

Motion (#30)

      Two reports and recommendations are pending, which recommend to the district judge that Mr. Bahrampour action be dismissed with prejudice. *See* (Docs. #4, #33). Nonetheless, he now moves for an order enjoining the government from discriminating against the class of people exposed to the AIDS virus. The request is beyond the scope of Mr. Bahraompour's action and moot in light of the pending reports and recommendations.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that Mr. Bahrampour's Motion (#30) is DENIED.

      IT IS SO ORDERED.

      DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE