UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR, | 2:15-cv-1548-LDG-VCF |
| Plaintiff, | ORDER |
| v. | |
| JOINT CHIEFS OF UNFAITH, et al., | |
| Defendants. | |

The could finds that the magistrate judge's report and recommendation has merit, therefore,

THE COURT HEREBY ADOPTS the magistrate judge's report and recommendation (#33), and this case is DISMISSED.

DATED this 31 day of March, 2016.

_____
Lloyd D. George
United States District Judge