1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9
10 AFSHIN BAHRAMPOUR,
11     Plaintiff,                    Case No. 2:15-cv-01548-LDG (VCF)
12 v.                               **ORDER**
13 JOINT CHIEFS OF UNFAITH, *et al*.,
14     Defendants.
15
16     For good cause shown,
17     THE COURT **ORDERS** that Plaintiff's Motion to Reopen Case (ECF No. 41) is
18 DENIED.
19
20 DATED this ___ day of March, 2017.
21
22                                         Lloyd D. George
23                                         United States District Judge
24
25
26